UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH ANDREW HYLKEMA,

    Plaintiff,

    v.

PALISADES COLLECTION, LLC, *et al.*,

    Defendants.

Case No.  C07-1679RSL

ORDER DENYING PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM

    This matter comes before the Court on plaintiff's motion to dismiss defendants' counterclaim filed under 15 U.S.C. § 1692k(3) for attorney's fees and costs.  Defendants contend that plaintiff has brought this action in bad faith and for the purpose of harassment.

    Plaintiff alleges that the counterclaim fails to state a cause of action under Bell Atlantic Corp. v. Twombly, ___ U.S. ___, 127 S. Ct. 1955 (2007).  However, defendants have filed a motion to amend to bolster the counterclaim, and the Court granted that motion.  In addition, despite plaintiff's contention, the counterclaim is not premature.

ORDER DENYING
MOTION TO DISMISS - 1

1  Accordingly, plaintiff's motion to dismiss (Dkt. #6) is DENIED.

3  DATED this 15th day of January, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING
MOTION TO DISMISS - 2