UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JOSEPH ANDREW HYLKEMA, a single man,<br>                                Plaintiff<br>v.<br><br>PALISADES COLLECTION, LLC, a Delaware limited liability corporation and TANYA ROBINSON, an individual,<br>                                Defendants | No. 07-CV-1679-RSL<br><br>RENEWED MOTION TO DISMISS COUNTERCLAIM<br><br>**MOTION CALENDAR: FEB. 29, 2008** |

**1. RELIEF REQUESTED**

1.1. Plaintiff renews his earlier request the Court enter an order dismissing Defendants' counterclaim herein on the grounds that Defendants have failed to amend their answer to cure its deficiencies.

**2. STATEMENT OF FACTS**

2.1. Plaintiff previously moved to dismiss Defendants' counterclaim by motion dated December 13, 2007 on the grounds of failure to state a cause of action pursuant to *Bell Atlantic v. Twombly*, ___ U.S. ___, 127 S. Ct. 1955, 167 L.Ed.2d 929 (2007)

RENEWED MOTION TO
DISMISS COUNTERCLAIM - (07-CV-1679-RSL) - 1 OF 5

JOSEPH ANDREW HYLKEMA
477 PEACE PORTAL DR. #107-244
BLAINE, WA 98230
(206) 202-4530
EMAIL: JOE@HYLKEMA.ORG

and unripeness.

2.2. In response, Defendants interposed a motion for leave to amend the counterclaim to cure the defects noted in Plaintiff's motion.

2.3. By orders dated January 15, 2008, the Court granted Defendants' motion for leave to amend and denied Plaintiff's motion to dismiss. True and correct copies of the orders on these motions are attached hereto, respectively, as Exhibits "A" and "B".

2.4. Importantly, Plaintiff's original motion was not denied on the merits. Rather, it was essentially denied as moot because the Court gave the Defendants an opportunity to amend their answer to correct the *Twombly*-related deficiencies identified by Plaintiff.

> Plaintiff alleges that the counterclaim fails to state a cause of action . . . [h]owever, defendants have filed a motion to amend to bolster the counterclaim, and the Court granted that motion . . .
> *Exh. "A"*, at 1 lns. 19-22, citations omitted.

2.5. Defendants failed to bolster their counterclaim. The Court's order granting leave to amend gave Defendants 10 days to do so, or no later than January 25, 2008. No amended answer was ever filed.

2.6. Because they have failed to avail themselves of the Court's opportunity to correct the deficiencies in their answer (deficiencies they themselves tacitly acknowledged by asking for

RENEWED MOTION TO
DISMISS COUNTERCLAIM - (07-CV-1679-RSL) - 2 OF 5

JOSEPH ANDREW HYLKEMA
477 PEACE PORTAL DR. #107-244
BLAINE, WA 98230
(206) 202-4530
EMAIL: JOE@HYLKEMA.ORG

leave to amend), Defendants' original counterclaim stands. The *Twombly*-related matters set forth in Plaintiff's original motion are therefore once again ripe for adjudication by this Court.

### 3. STATEMENT OF THE ISSUES

3.1. Should Defendants' counterclaim be dismissed for failure to state a cause of action and for failure to file an amended answer to cure the deficiencies?

**ANSWER: YES.**

### 4. EVIDENCE RELIED UPON

4.1. Plaintiff relies solely on this motion and the exhibits attached hereto, which consist solely of materials already on file with the Court.

### 5. ARGUMENT

### Defendants' Counterclaim Fails
### to State a Claim for Relief

5.1. The Supreme Court, in *Bell Atlantic v. Twombly*, ___ U.S. ___, 127 S. Ct. 1955, 167 L.Ed.2d 929 (2007), recently tightened up the traditionally liberal Federal notice pleading standards.

5.2. Now, "a short and plain statement of the claim showing that the pleader is entitled to relief" as required by FRCP 8(a)(2) must include "more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do." *Twombly*, 127 S.Ct. at 1959.

5.3. In order to state a claim for relief, a pleader must

RENEWED MOTION TO
DISMISS COUNTERCLAIM - (07-CV-1679-RSL) - 3 OF 5

JOSEPH ANDREW HYLKEMA
477 PEACE PORTAL DR. #107-244
BLAINE, WA 98230
(206) 202-4530
EMAIL: JOE@HYLKEMA.ORG

therefore state enough factual allegations to "raise a right to relief above the speculative level." *Id.* "[C]onclusory allegations without more are insufficient to defeat a motion to dismiss for failure to state a claim." *McGlinchy v. Shell Chem. Co.*, 845 F.2d 802, 810 (9th Cir. 1988).

5.4. The old standard promulgated in *Conley v. Gibson*, 355 U.S. 41, 45-46, 78 S.Ct. 99, 2 L.Ed.2d 80 (1957), under which a pleader could get by unless he could "prove no set of facts in support of claim that would entitle him to relief" has "earned its retirement" and is "best forgotten." *Twombly*, 127 S.Ct. at 1968.

5.5. Here, Defendants' boilerplate "claim" makes no pretense of compliance with Rule 8. It is utterly devoid of <u>any</u> facts to support its conclusory, barebones assertion. The court should therefore dismiss the counterclaim with leave to re-plead with adequate factual support, if any the Defendants have.

## 6. PROPOSED ORDER

6.1. A proposed order granting the relief requested herein accompanies this motion.

DATED: February 4, 2008

S/Joseph A. Hylkema
JOSEPH ANDREW HYLKEMA
WSBA: N/A
Plaintiff pro se

JOSEPH ANDREW HYLKEMA
477 PEACE PORTAL DR. #107-244
BLAINE, WA 98230
(206) 202-4530
EMAIL: JOE@HYLKEMA.ORG

## CERTIFICATE OF SERVICE

I hereby certify that, on February 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> David A. Weibel, WSBA #24031
> Bishop White & Marshall, P.S.
> 720 Olive Way Ste. 1301
> Seattle, WA 98101-1801
> Tel: (206) 622-5306
> Fax: (206) 622-0354
> Email: dweibel@bwmlegal.com
> Attorney for Defendants PALISADES and ROBINSON

And I certify that I have deposited into the mails of the United States, first class postage prepaid, a true and correct copy of the foregoing directed to the following non CM/ECF participants: N/A.

DATED: February 4, 2008

/S/Joseph A. Hylkema
JOSEPH ANDREW HYLKEMA
WSBA: N/A
Plaintiff pro se

RENEWED MOTION TO
DISMISS COUNTERCLAIM - (07-CV-1679-RSL) - 5 OF 5

JOSEPH ANDREW HYLKEMA
477 PEACE PORTAL DR. #107-244
BLAINE, WA 98230
(206) 202-4530
EMAIL: JOE@HYLKEMA.ORG